UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY NYSTROM, on behalf of himself, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CITY OF VACAVILLE, et al.,<br><br>　　　　　Defendants. | No. 2:04-cv-00330 MCE EFB<br><br>**NON-RELATED CASE ORDER** |
| AJ MINNICK,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF VACAVILLE, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-00397 KJM CKD |

　　　The Court has received the Notice of Related Cases filed on August 12, 2016. See Local Rule 123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

///

///

1

This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

Dated: August 16, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE